## BURRELL v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 110, September Term, 1965.]

*Decided April 1, 1966.*

Before the entire Court.

PER CURIAM.

For the reasons set forth in the opinion of Judge Jones in the lower court, the application for leave to appeal is denied.

*Application denied.*